# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

FIELDTURF INTERNATIONAL, INC., a Florida corporation; and FIELDTURF INC., a Canadian company,

  Plaintiffs-Counterdefendants,

 v.

GRANITE CONSTRUCTION COMPANY, a California Corporation,

  Defendant-Counterclaimant.

Case No.: 3:04-cv-2952 BZ

[~~PROPOSED~~] ORDER MODIFYING CLAIM CONSTRUCTION BRIEFING SCHEDULE

  Motion having been made by Plaintiffs FIELDTURF INTERNATIONAL, INC. and FIELDTURF, INC. (collectively referred to herein as "FieldTurf"), and stipulated to by Defendant GRANITE CONSTRUCTION COMPANY, to modify the Claim Construction Briefing Schedule entered by this Court, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Motion For Modification of Claim Construction Schedule is hereby granted, and that Schedule is modified as follows:

  Opening Claim Construction Briefs are due by June 28, 2005;
  Responses to Claim Construction Briefs are due by July 12, 2005; and
  Replies to Claim Construction Briefs are due by July 19, 2005.

  IT IS SO ORDERED.

DATED: __June 30__, 2005

*IT IS SO ORDERED*
*United States District Court*
*Magistrate Judge Bernard Zimmerman*
*Northern District of California*

_____
UNITED STATES DISTRICT COURT JUDGE