1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  FIELDTURF INTERNATIONAL        )
    INC., and FIELDTURF INC.,      )
12                                 )        No.  C04-2952 BZ
               Plaintiff(s),       )
13                                 )        **ORDER STAYING CASE**
         v.                        )        **AND SCHEDULING STATUS**
14                                 )        **CONFERENCE**
    GRANITE CONSTRUCTION           )
15  COMPANY,                       )
                                   )
16             Defendant(s).       )
    ───────────────────────────────)
17

18       Having received a stipulation for stay in light of

19  reexamination of '412 patent and following a status conference

20  on September 7, 2005, **IT IS HEREBY ORDERED** that this case is

21  stayed pending patent reexamination.  The claims construction

22  hearing scheduled for September 7, 2005, and all other

23  scheduled dates are vacated.  The claims construction motions

24  currently pending are taken off calendar, subject to being re-

25  noticed at such time as is appropriate.

26       **IT IS FURTHER ORDERED** that a status conference is

27  scheduled for **Monday, March 27, 2006, at 4:00 p.m.,** in

28  Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

                               1

Avenue, San Francisco, California 94102.  Seven days prior to the status conference, on Monday, March 20, 2006, the parties shall file a joint status report explaining the current status of the case.  Any party wishing to appear at the conference by phone shall make arrangements with my Courtroom Deputy, Ms. Scott, by calling **415-522-2015**.

Dated:  September 9, 2005

_____

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FIELDTURF\GRANITE CONST\STAY.ORD.wpd