UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIELDTURF INTERNATIONAL INC., and FIELDTURF INC.,<br><br>Plaintiff(s),<br><br>v.<br><br>GRANITE CONSTRUCTION COMPANY,<br><br>Defendant(s). | No. C04-2952 BZ<br><br>**ORDER** |

Having read the joint status report of the parties, **IT IS HEREBY ORDERED** as follows:

1. The status conference scheduled for March 27, 2006 is **VACATED**.

2. A status conference is scheduled for **Monday, August 14, 2006 at 4:00 p.m.** The parties shall file a joint status report no later than **August 7, 2006.**

3. If any significant developments arise in advance of

///

///

1

August 14, 2006, the parties shall file a joint status report at that time.

Dated: March 23, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\FIELDTURF\GRANITE CONST\ORDER.wpd