Jody L. Factor
Micheal D. Lake
FACTOR & LAKE. LTD
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL  60607
(312) 226-1818 Telephone
(312) 226-1919 Facsimile
Attorneys for Plaintiffs-Counterdefendants
FieldTurf International, Inc. and FieldTurf Inc.
*Admitted Pro Hac Vice*

William L. Marchant, (State Bar No. 154445)
LUCE, FORWARD, HAMILTON, & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
Telephone:  415-356-4600
Facsimile:  415-356-4610
Local Counsel for Plaintiffs-Counterdefendants
FieldTurf International, Inc. and FieldTurf Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., a Florida corporation; and FIELDTURF INC., a Canadian company,<br><br>Plaintiffs-Counterdefendants,<br><br>v.<br><br>GRANITE CONSTRUCTION COMPANY, a California Corporation,<br><br>Defendant-Counterclaimant. | No.: 3:04-cv-2952 BZ<br><br>**MOTION TO WITHDRAW APPEARANCE OF WILLIAM J. LENZ**<br><br>Magistrate Judge:  Bernard Zimmerman<br><br>Action Filed: July 21, 2004 |

Plaintiffs-Counterdefendants, FieldTurf International, Inc. and FieldTurf Inc., by and through its attorneys, Factor & Lake, Ltd., herein move to withdraw William J. Lenz as counsel in the above-captioned action on grounds that Mr. Lenz is no longer associated with the law offices of Factor & Lake, Ltd.

Respectfully submitted,

FACTOR & LAKE, LTD.

Dated: August 9, 2006    /s/ Jody L. Factor
Attorneys for Plaintiffs/Counter-Defendants,
FIELDTURF INTERNATIONAL, INC. and FIELDTURF INC.

IT IS SO ORDERED

Dated: August 10, 2006



Hon. _____
United States Magistrate Judge
*IT IS SO ORDERED — Judge Bernard Zimmerman*

Jody L. Factor
Micheal D. Lake
FACTOR & LAKE. LTD
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL  60607
(312) 226-1818 Telephone
(312) 226-1919 Facsimile
Attorneys for Plaintiffs-Counterdefendants
FieldTurf International, Inc. and FieldTurf Inc.
*Admitted Pro Hac Vice*

William L. Marchant, (State Bar No. 154445)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, CA 94105-1582
Telephone No.:  (415) 356-4600
Fax No.: (415) 356-4610
Attorneys for Plaintiffs/Counter-Defendants
FieldTurf International, Inc. and FieldTurf Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., a Florida corporation; and FIELDTURF INC., a Canadian company, | Case No. 3:04-cv-2952-BZ |
| Plaintiffs-Counterdefendants, | **PROOF OF SERVICE RE:** |
| v. | **MOTION TO WITHDRAW APPEARANCE OF WILLIAM J. LENZ** |
| GRANITE CONSTRUCTION COMPANY, a California Corporation, | Magistrate Judge:  Bernard Zimmerman |
| Defendant-Counterclaimant. | Action Filed: July 21, 2004 |

PROOF OF SERVICE RE: MOTION TO WITHDRAW                    Case No. 3:04-cv-2952 BZ
APPEARANCE OF WILLIAM J. LENZ                                                         Page 1

**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

*FieldTurf International, Inc., et al. v. Granite Construction Company*, Case No. 3:04-cv-2952-BZ

I, Jenelle L. A. Melket declare that I am a citizen of the United States, I am employed in the County of Cook, I am over the age of eighteen (18) years and not a party to the action. My business address is 1327 W. Washington Blvd., Suite 5G/H, Chicago, IL 60607.

On August 9, 2006, I served the following on each party listed below:

**MOTION TO WITHDRAW APPEARANCE OF WILLIAM J. LENZ**

- ☐ **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

- ☐ **(BY PERSONAL SERVICE)** By causing at true copy thereof enclosed in a sealed envelope, to the personally delivered on the date indicated below.

- ☐ **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

- ☐ **(BY FACSIMILE)** By sending a true copy thereof by facsimile machine to the numbers listed below.

- ☒ **(BY ELECTRONIC TRANSMISSION)** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge, notice of this filing will be transmitted to all parties through the Court's ECF system.

Micheal J. Berchou, Esq.
Rowland Richards, Esq.
PHILLIPS LYTLE, LLP.
3400 HSBC Center
Buffalo, New York 14203

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on August 9, 2006, at Chicago, Illinois.

    /s/ Jenelle L. A. Melket
    Jenelle L. A. Melket

PROOF OF SERVICE RE: MOTION TO WITHDRAW    Case No. 3:04-cv-2952 BZ
APPEARANCE OF WILLIAM J. LENZ    Page 2