MICHAEL J. BERCHOU, *Admitted Pro Hac Vice*
ROWLAND RICHARDS, *Admitted Pro Hac Vice*
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, New York 14203
Telephone:   (716) 847-8400
Facsimile:   (716) 852-6100

KENNETH WILSON, California State Bar No. 130009
STEFANI E. SHANBERG, California State Bar No. 206717
SARAH E. PIEPMEIER, California State Bar No. 227094
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California  94111
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Defendant
GRANITE CONSTRUCTION COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., and FIELDTURF, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GRANITE CONSTRUCTION COMPANY,<br><br>Defendant. | CASE NO. 04-2952 BZ<br><br>**DEFENDANT'S REQUEST TO APPEAR AT AUGUST 14, 2006 STATUS CONFERENCE BY TELEPHONE**<br><br>Magistrate Judge: Bernard Zimmerman |

///

| | |
|---|---|
| 1 | On August 14, 2006, there is a Status Conference in this case and the related case entitled |
| 2 | <u>Triexe Management Group, Inc., Sportexe Construction Services, Inc. and Sportexe, Inc. v.</u> |
| 3 | <u>Fieldturf International, Inc., et al.</u>, Northern District of California Case No. 04-cv-4918 BZ. |
| 4 | Pursuant to Local Rule 16-10(a), Michael J. Berchou, counsel for defendant Granite |
| 5 | Construction Company, requests permission to appear at the August 14, 2006 Status Conference |
| 6 | by telephone. |

On August 14, 2006, there is a Status Conference in this case and the related case entitled <u>Triexe Management Group, Inc., Sportexe Construction Services, Inc. and Sportexe, Inc. v. Fieldturf International, Inc., et al.</u>, Northern District of California Case No. 04-cv-4918 BZ.

Pursuant to Local Rule 16-10(a), Michael J. Berchou, counsel for defendant Granite Construction Company, requests permission to appear at the August 14, 2006 Status Conference by telephone.

Dated: August 10, 2006

                Respectfully submitted,

                **PHILLIPS LYTLE LLP**

                By   /s/ Michael J. Berchou
                Attorneys for Defendant
                GRANITE CONSTRUCTION COMPANY

Dated: August 10, 2006

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Bernard Zimmerman, Judge Bernard Zimmerman]*

BFLO Doc. # 1556694.2

|   |   |
|---|---|
| 1 |  |
| 2 | MICHAEL J. BERCHOU, *Admitted Pro Hac Vice*<br>ROWLAND RICHARDS, *Admitted Pro Hac Vice* |
| 3 | PHILLIPS LYTLE LLP<br>3400 HSBC Center |
| 4 | Buffalo, New York 14203<br>Telephone:    (716) 847-8400 |
| 5 | Facsimile:    (716) 852-6100 |
| 6 | KENNETH WILSON, California State Bar No. 130009<br>STEFANI E. SHANBERG, California State Bar No. 206717 |
| 7 | SARAH E. PIEPMEIER, California State Bar No. 227094<br>PERKINS COIE LLP |
| 8 | Four Embarcadero Center, Suite 2400<br>San Francisco, California  94111 |
| 9 | Telephone:    (415) 344-7000<br>Facsimile:    (415) 344-7050 |
| 10 | Attorneys for Defendant |
| 11 | GRANITE CONSTRUCTION COMPANY |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., and FIELDTURF, INC.,<br><br>             Plaintiffs,<br><br>  v.<br><br>GRANITE CONSTRUCTION COMPANY,<br><br>             Defendant. | CASE NO. 04-02952 BZ<br><br>**CERTIFICATE OF SERVICE**<br><br>Magistrate Judge: Bernard Zimmerman |

///

- 3 -

DEFENDANT'S REQUEST TO APPEAR AT AUGUST 14, 2006                              CASE NO.  C04 02952 BZ
STATUS CONFERENCE BY TELEPHONE

| | |
|---|---|
| 1 | |
| 2 | I declare that a copy of DEFENDANT'S REQUEST TO APPEAR AT AUGUST 14, 2006 STATUS CONFERENCE BY TELEPHONE was filed electronically on August 10, 2006 through the CM/ECF system for the United States District Court, Northern District of California and to the best of my knowledge, notice of this filing will be transmitted to all attorneys of record, including the following, through the Court's ECF system. |

> Jody L. Factor, Esq.
> Micheal D. Lake, Esq.
> Factor & Lake, Ltd.
> 1327 West Washington Blvd., Suite 5G/H
> Chicago, Illinois  60607

Dated: August 10, 2006
          Buffalo, New York

> /s/ Michael J. Berchou
> Michael J. Berchou

BFLO Doc. # 1556694.2