Jody L. Factor
Micheal D. Lake
FACTOR & LAKE. LTD
1327 W. Washington Blvd., Suite 5G/H
Chicago, IL  60607
(312) 226-1818 Telephone
(312) 226-1919 Facsimile
Attorneys for Plaintiffs-Counterdefendants
FieldTurf International, Inc. and FieldTurf Inc.
*Admitted Pro Hac Vice*

William L. Marchant, (State Bar No. 154445)
LUCE, FORWARD, HAMILTON, & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, CA  94105-1582
Telephone:  415-356-4600
Facsimile:  415-356-4610
Local Counsel for Plaintiffs-Counterdefendants
FieldTurf International, Inc. and FieldTurf Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., a Florida corporation; and FIELDTURF INC., a Canadian company, | No.: 3:04-cv-2952 BZ |
| Plaintiffs-Counterdefendants, | **FIELDTURF'S REQUEST TO APPEAR AT AUGUST 14, 2006 STATUS CONFERENCE BY TELEPHONE** |
| v. | |
| GRANITE CONSTRUCTION COMPANY, a California Corporation, | Magistrate Judge:  Bernard Zimmerman |
| Defendant-Counterclaimant. | Action Filed: July 21, 2004 |

1       On August 14, 2006, there is a Status Conference in this case and a related case entitled <u>Triexe</u>

2 <u>Management Group, Inc., et al. v. FieldTurf International, Inc., et al.</u>, U.S. District Court, Northern

3 District of California Case Number 3:04-cv-4918-BZ.  Counsel for FieldTurf International, Inc. and

4 FieldTurf Inc. ("FieldTurf") is Jody L. Factor, who is located in Chicago, Illinois.

5       Pursuant to Local Rule 16-10(a), counsel, Jody L. Factor requests permission to appear at the

6 August 14, 2006 Status Conference by telephone.

7

8                                    Respectfully submitted,

9                                    FACTOR & LAKE, LTD.

10

11 Dated: August 9, 2006             /s/ Jody L. Factor

                                   Attorneys for Plaintiffs/Counter-Defendants,

12                                    FIELDTURF INTERNATIONAL, INC. and

                                   FIELDTURF INC.

13

14

15

16 IT IS SO ORDERED

17

18

19 Dated: __ August 10 ____, 2006



20

21

22

23

24

25

26

27

28

29

30

1 │ Jody L. Factor
2 │ Micheal D. Lake
│ FACTOR & LAKE. LTD
3 │ 1327 W. Washington Blvd., Suite 5G/H
│ Chicago, IL 60607
4 │ (312) 226-1818 Telephone
5 │ (312) 226-1919 Facsimile
│ Attorneys for Plaintiffs-Counterdefendants
6 │ FieldTurf International, Inc. and FieldTurf Inc.
7 │ *Admitted Pro Hac Vice*

8 │
│ William L. Marchant, (State Bar No. 154445)
9 │ LUCE, FORWARD, HAMILTON & SCRIPPS LLP
│ 121 Spear Street, Suite 200
10 │ San Francisco, CA 94105-1582
│ Telephone No.: (415) 356-4600
11 │ Fax No.: (415) 356-4610
12 │ Attorneys for Plaintiffs/Counter-Defendants
│ FieldTurf International, Inc. and FieldTurf Inc.
13 │

14 │
│                IN THE UNITED STATES DISTRICT COURT
15 │
│           FOR THE NORTHERN DISTRICT OF CALIFORNIA
16 │
│                      SAN FRANCISCO DIVISION
17 │

18 │

19 │ FIELDTURF INTERNATIONAL, INC., a          Case No. 3:04-cv-2952-BZ
│ Florida corporation; and FIELDTURF
20 │ INC., a Canadian company,                  **PROOF OF SERVICE RE:**

21 │
│            Plaintiffs-Counterdefendants,    **FIELDTURF'S REQUEST TO APPEAR**
22 │                                            **AT AUGUST 14, 2006 STATUS**
│                                             **CONFERENCE BY TELEPHONE**
23 │        v.

24 │ GRANITE CONSTRUCTION COMPANY, a
│ California Corporation,
25 │                                            Magistrate Judge: Bernard Zimmerman

26 │            Defendant-Counterclaimant.

27 │                                            Action Filed: July 21, 2004

28 │

29 │

30 │ PROOF OF SERVICE RE: FIELDTURF'S REQUEST TO APPEAR      Case No. 3:04-cv-2952 BZ
│ AT AUGUST 14, 2006 STATUS CONFERENCE BY TELEPHONE                 Page 1

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

*FieldTurf International, Inc., et al. v. Granite Construction Company*, Case No. 3:04-cv-2952-BZ

I, Jenelle L. A. Melket declare that I am a citizen of the United States, I am employed in the County of Cook, I am over the age of eighteen (18) years and not a party to the action. My business address is 1327 W. Washington Blvd., Suite 5G/H, Chicago, IL 60607.

On August 9, 2006, I served the following on each party listed below:

### FIELDTURF'S REQUEST TO APPEAR AT
### AUGUST 14, 2006 STATUS CONFERENCE BY TELEPHONE

☐    **(BY MAIL)** By depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid.

☐    **(BY PERSONAL SERVICE)** By causing at true copy thereof enclosed in a sealed envelope, to the personally delivered on the date indicated below.

☐    **(BY OVERNIGHT DELIVERY)** By causing a true copy thereof, enclosed in a sealed envelope, to be delivered via overnight courier service.

☐    **(BY FACSIMILE)** By sending a true copy thereof by facsimile machine to the numbers listed below.

☒    **(BY ELECTRONIC TRANSMISSION)** I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge, notice of this filing will be transmitted to all parties through the Court's ECF system.

Micheal J. Berchou, Esq.
Rowland Richards, Esq.
PHILLIPS LYTLE, LLP.
3400 HSBC Center
Buffalo, New York 14203

I declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on August 9, 2006, at Chicago, Illinois.

_____/s/ Jenelle L. A. Melket_____
Jenelle L. A. Melket

PROOF OF SERVICE RE: FIELDTURF'S REQUEST TO APPEAR          Case No. 3:04-cv-2952 BZ
AT AUGUST 14, 2006 STATUS CONFERENCE BY TELEPHONE                              Page 2