1  MICHAEL J. BERCHOU, *Admitted Pro Hac Vice*
   ROWLAND RICHARDS, *Admitted Pro Hac Vice*
2  PHILLIPS LYTLE LLP
   3400 HSBC Center
3  Buffalo, New York 14203
   Telephone:    (716) 847-8400
4  Facsimile:    (716) 852-6100

5  KENNETH WILSON, California State Bar No. 130009
   STEFANI E. SHANBERG, California State Bar No. 206717
6  SARAH E. PIEPMEIER, California State Bar No. 227094
   PERKINS COIE LLP
7  Four Embarcadero Center, Suite 2400
   San Francisco, California 94111
8  Telephone:    (415) 344-7000
   Facsimile:    (415) 344-7050

9
   Attorneys for Defendant
10 GRANITE CONSTRUCTION COMPANY

11

12                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
13                        SAN FRANCISCO DIVISION

14

15 | FIELDTURF INTERNATIONAL, INC., | CASE NO. 04-2952 BZ |
16 |  and FIELDTURF, INC.,           |                      |
17 |              Plaintiffs,        | **DEFENDANT'S REQUEST TO APPEAR AT DECEMBER 4, 2006 STATUS CONFERENCE BY TELEPHONE** |
18 |      v.                         |                      |
19 | GRANITE CONSTRUCTION COMPANY,   |                      |
20 |              Defendant.         | Magistrate Judge: Bernard Zimmerman |

21

26  ///

1  On December 4, 2006, there is a Status Conference in this case and the related case
2  entitled <u>Triexe Management Group, Inc., Sportexe Construction Services, Inc. and Sportexe, Inc.</u>
3  <u>v. Fieldturf International, Inc., et al.</u>, Northern District of California Case No. 04-cv-4918 BZ.
4  Pursuant to Local Rule 16-10(a), Michael J. Berchou, counsel for defendant Granite
5  Construction Company, requests permission to appear at the December 4, 2006 Status
6  Conference by telephone.

Dated: November 27, 2006

Respectfully submitted,

**PHILLIPS LYTLE LLP**

By  /s/ Michael J. Berchou
Attorneys for Defendant
GRANITE CONSTRUCTION COMPANY

DATED:  11/27/2006

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BFLO Doc. # 1556694.3

MICHAEL J. BERCHOU, *Admitted Pro Hac Vice*
ROWLAND RICHARDS, *Admitted Pro Hac Vice*
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, New York 14203
Telephone:   (716) 847-8400
Facsimile:   (716) 852-6100

KENNETH WILSON, California State Bar No. 130009
STEFANI E. SHANBERG, California State Bar No. 206717
SARAH E. PIEPMEIER, California State Bar No. 227094
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California  94111
Telephone:   (415) 344-7000
Facsimile:   (415) 344-7050

Attorneys for Defendant
GRANITE CONSTRUCTION COMPANY

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., and FIELDTURF, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GRANITE CONSTRUCTION COMPANY, <br><br> Defendant. | CASE NO. 04-02952 BZ <br><br> **CERTIFICATE OF SERVICE** <br><br> Magistrate Judge: Bernard Zimmerman |

///

- 3 -

DEFENDANT'S REQUEST TO APPEAR AT DECEMBER 4, 2006           CASE NO.  C04 02952 BZ
STATUS CONFERENCE BY TELEPHONE

1
2       I declare that a copy of DEFENDANT'S REQUEST TO APPEAR AT DECEMBER 4,
3  2006 STATUS CONFERENCE BY TELEPHONE was filed electronically on November 27,
4  2006 through the CM/ECF system for the United States District Court, Northern District of
5  California and to the best of my knowledge, notice of this filing will be transmitted to all
6
7  attorneys of record, including the following, through the Court's ECF system.

> Jody L. Factor, Esq.
> Micheal D. Lake, Esq.
> Factor & Lake, Ltd.
> 1327 West Washington Blvd., Suite 5G/H
> Chicago, Illinois  60607

Dated: November 27, 2006
        Buffalo, New York

                                    /s/ Michael J. Berchou
                                    Michael J. Berchou

BFLO Doc. # 1556694.3