1  Jody L. Factor
2  Micheal D. Lake
   FACTOR & LAKE. LTD
3  1327 W. Washington Blvd., Suite 5G/H
4  Chicago, IL 60607
   (312) 226-1818 Telephone
5  (312) 226-1919 Facsimile
6  Attorneys for Plaintiffs-Counterdefendants
   FieldTurf International, Inc. and FieldTurf Inc.
7  *Admitted Pro Hac Vice*

8
   William L. Marchant, (State Bar No. 154445)
9  LUCE, FORWARD, HAMILTON, & SCRIPPS LLP
10 121 Spear Street, Suite 200
   San Francisco, CA 94105-1582
11 Telephone: 415-356-4600
12 Facsimile: 415-356-4610
   Local Counsel for Plaintiffs-Counterdefendants
13 FieldTurf International, Inc. and FieldTurf Inc.

14

15              IN THE UNITED STATES DISTRICT COURT
16            FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                    SAN FRANCISCO DIVISION

18
19 FIELDTURF INTERNATIONAL, INC., a          No.: 3:04-cv-2952 BZ
   Florida corporation; and FIELDTURF
20 INC., a Canadian company,
                                             **FIELDTURF'S REQUEST TO APPEAR
21        Plaintiffs-Counterdefendants,      AT DECEMBER 4, 2006 STATUS
22                                           CONFERENCE BY TELEPHONE**
      v.
23
24 GRANITE CONSTRUCTION COMPANY, a           Magistrate Judge: Bernard Zimmerman
   California Corporation,
25
26        Defendant-Counterclaimant.         Action Filed: July 21, 2004

27

28

29

30 FIELDTURF'S REQUEST TO APPEAR AT DECEMBER 4, 2006        Case No. 3:04-cv-2952 BZ
   STATUS CONFERENCE BY TELEPHONE                                            Page 1

1  On December 4, 2006, there is a Status Conference in this case and a related case entitled
2  <u>Triexe Management Group, Inc., et al. v. FieldTurf International, Inc., et al.</u>, U.S. District Court,
3  Northern District of California Case Number 3:04-cv-4918-BZ. Counsel for FieldTurf International,
4  Inc. and FieldTurf Inc. ("FieldTurf") is Jody L. Factor, who is located in Chicago, Illinois.
5  Pursuant to Local Rule 16-10(a), counsel, Jody L. Factor requests permission to appear at the
6  December 4, 2006 Status Conference by telephone. *Counsel shall call*
7  *the court at 4pm*

Respectfully submitted,

FACTOR & LAKE, LTD.

Dated: November 27, 2006        /s/ Jody L. Factor
                                Attorneys for Plaintiffs/Counter-Defendants,
                                FIELDTURF INTERNATIONAL, INC. and
                                FIELDTURF INC.

IT IS SO ORDERED

Dated: *28 Nov*, 2006

Hon. Bernard Zimmerman
United States Magistrate Judge