| | |
|---|---|
| FACTOR & LAKE, LTD.<br>Jody L. Factor, Admitted Pro Hac Vice<br>Micheal D. Lake, Admitted Pro Hac Vice<br>1327 West Washington Blvd., Suite 5G/H<br>Chicago, Illinois 60607<br>Telephone: (312) 226-1818<br>Facsimile: (312) 226-1919 | PHILLIPS LYTLE LLP<br>Michael J. Berchou, Admitted Pro Hac Vice<br>Rowland Richards, Admitted Pro Hac Vice<br>3400 HSBC Center<br>Buffalo, New York 14203<br>Telephone: (716) 847-8400<br>Facsimile (716) 852-6100 |
| LUCE, FORWARD, HAMILTON, &<br>   SCRIPPS LLP<br>Jeffrey V. Commisso (State Bar No. 191267)<br>121 Spear Street, Suite 200<br>San Francisco, CA 94105-1582<br>Telephone: (415) 356-4600<br>Facsimile (415) 356-4610 | PERKINS COIE LLP<br>Kenneth Wilson (State Bar No. 130009)<br>Stefani E. Shanberg (State Bar No. 206717)<br>Four Embarcadero Center, Suite 2400<br>San Francisco, California 94111<br>Telephone: (415) 344-7000<br>Facsimile: (415) 344-7050 |
| Attorneys for Plaitiffs<br>FIELDTURF INTERNATIONAL, INC.<br>and FIELDTURF, INC. | Attorneys for Defendant<br>GRANITE CONSTRUCTION COMPANY |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., and FIELDTURF INC.,<br><br>    Plaintiffs-Counterdefendants,<br><br>  v.<br><br>GRANITE CONSTRUCTION COMPANY,<br><br>    Defendant-Counterclaimant. | No.: 04-cv-2952 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>Presiding Judge:<br>Hon. Bernard Zimmerman<br><br>Action Filed: 07/21/04 |

///

Fieldturf USA, Inc., formerly known as Fieldturf International, Inc., and Fieldturf (IP) Inc., formerly known as Fieldturf Inc., plaintiffs and counterclaim-defendants in the above action, through their attorneys, Factor & Lake Ltd., and Granite Construction Company, defendant and counterclaim-plaintiff, through its attorneys, Phillips Lytle LLP, in accordance with a confidential settlement agreement reached between the parties, hereby stipulate and agree to the dismissal, with prejudice, of the above action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: January 12, 2007

Respectfully submitted,

| | |
|---|---|
| FACTOR & LAKE, LTD. | PHILLIPS LYTLE LLP |
| 1327 W. Washington Blvd., Suite 5G/H | 3400 HSBC Center |
| Chicago, Illinois 60607 | Buffalo, New York 14203 |
| (312) 226-1818 | (716) 847-8400 |
| (312) 226-1919 (facsimile) | (716) 852-6100 (facsimile) |
| /s/ Jody L. Factor | /s/ Michael J. Berchou |
| Jody L. Factor | Michael J. Berchou |
| Micheal D. Lake | Rowland Richards |
| ATTORNEYS FOR | ATTORNEYS FOR |
| FIELDTURF INC. AND | GRANITE CONSTRUCTION COMPANY |
| FIELDTURF INTERNATIONAL, INC. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

  January 12, 2007
Date

Hon. Bernard Zimmerman
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

MICHAEL J. BERCHOU, *Admitted Pro Hac Vice*
ROWLAND RICHARDS, *Admitted Pro Hac Vice*
PHILLIPS LYTLE LLP
3400 HSBC Center
Buffalo, New York 14203
Telephone:     (716) 847-8400
Facsimile:      (716) 852-6100

KENNETH WILSON, California State Bar No. 130009
STEFANI E. SHANBERG, California State Bar No. 206717
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, California 94111
Telephone:     (415) 344-7000
Facsimile:      (415) 344-7050

Attorneys for Plaintiffs
TRIEXE MANAGEMENT GROUP, INC., SPORTEXE
CONSTRUCTION SERVICES, INC. and SPORTEXE, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FIELDTURF INTERNATIONAL, INC., and FIELDTURF INC., <br><br>  Plaintiffs-Counterdefendants, <br><br> v. <br><br> GRANITE CONSTRUCTION COMPANY, <br><br>  Defendant-Counterclaimant. | CASE NO. 04-2952 BZ <br><br> **CERTIFICATE OF SERVICE** <br><br> Presiding Judge: <br> Hon. Bernard Zimmerman |

///

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL                                Case No. 04-cv-2952 BZ
Page 3

I declare that a copy of the foregoing STIPULATION AND [PROPOSED] ORDER OF DISMISSAL was filed electronically on January 12, 2007 through the CM/ECF system for the United States District Court, Northern District of California and to the best of my knowledge, notice of this filing will be transmitted to all attorneys of record, including the following, through the Court's ECF system:

>Jody L. Factor, Esq.
>Factor & Lake, Ltd.
>1327 West Washington Blvd., Suite 5G/H
>Chicago, Illinois 60607

Dated: January 12, 2007
      Buffalo, New York

      /s/ Michael J. Berchou
      Michael J. Berchou

Doc # 01-1631105.1